Richard John FLORANCE,
Jr., Plaintiff–Appellant

v.

Jerry BUCHMEYER; Robert J. Davis;
Matthews, Stein, Shiels, Pearce,
Knott, Eden & Davis LLP; Brenda
Taylor; Unknown Deputy Clerk or
Clerks; Collin County Texas; State of
Texas, A Federal Corporation; John R
Roach; Yoon Kim; Christopher M.
Fredericks; Chad Smith; Rodney D.
Patten; Anthony G. Brocato; Mark J.
Rusch; United States of America, De-
fendants–Appellees.

No. 07–10908
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 13, 2007.

Richard John Florance, Jr., Richardson,
TX, pro se.

Shane Read, U.S. Attorney's Office
Northern District of Texas, Robert Jacob
Davis, Matthews, Stein, Shields, Pearce,
Knott, Eden & Davis, Dallas, TX, Carol
MV Garcia, Office of the Attorney General
for the State of Texas, Austin, TX, Paige
Mims, City Attorney's Office for the City
of Plano, Plano, TX, for Defendant–Appel-
lee.

Before WIENER, GARZA, and
BENAVIDES, Circuit Judges.

PER CURIAM: *

Richard John Florance, Jr., a sanctioned
litigant, moves to proceed on appeal from
the district court's dismissal of his civil suit
and for the removal of sanctions previously
imposed by this court. Florance is barred
from filing any pleading in this court with-
out the prior authorization of a judge of
this court, and we have warned Florance
that any filing in this court that contains
inappropriate comments concerning judi-
cial personnel or other parties will be
stricken and dismissed with prejudice.
*See In re: Florance,* No. 07–40129 (5th
Cir. Jun. 5, 2007); *Florance v. Commis-
sioner of Internal Revenue,* 174 Fed.Appx.
200 (5th Cir. Mar. 29, 2006).

Despite our warning, Florance has again
submitted pleadings to this court contain-
ing inappropriate comments concerning ju-
dicial personnel and other parties. Ac-
cordingly, Florance's motions to proceed
as a sanctioned litigant and to remove the
sanctions previously imposed by this court
are DENIED. Florance's appeal is
STRICKEN from the record and DIS-
MISSED WITH PREJUDICE. Florance
is warned that future inappropriate filings
may result in monetary sanctions. All oth-
er outstanding motions are DENIED as
moot.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.